UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MICKIE IIMAS

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR~~   ( )( )

20 MJ 13573

Defendant __MICKIE IIMAS__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

MICKIE IIMAS
Print Defendant's Name

_____
Defendant's Counsel's Signature

MICHAEL K BURKE
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/21/2020
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge